IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CRIMINAL NO. 2:05CR37

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| VS. ) | **ORDER** |
| ) | |
| ) | |
| CLEASTON JEFFERY DOCKERY ) | |
| _____ ) | |

**THIS MATTER** is before the Court on reconsideration of the motion of Defendant's counsel to withdraw.

For the reasons stated in the motion and notice of appearance having been filed by retained counsel Jack Stewart,

**IT IS, THEREFORE, ORDERED** that the motion of Defendant's counsel, Charles R. Brewer, to withdraw is **ALLOWED**, and he is hereby relieved of further responsibility for the representation of the Defendant herein.

2

**Signed: August 17, 2005**

Lacy H. Thornburg
United States District Judge